IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HIRAM DODD, JR.,**

    **Plaintiff,**

v.                                                          CASE NO. 5:13-cv-40-RS-EMT

**NORMA ANN DODD, MARY MARTIN DODD, and the UNITED STATES OF AMERICA,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's request for attorneys' fees is **DENIED**. His request for costs is **GRANTED**.

3. The United States of America's motion for disbursement of funds (Doc. 18) is **GRANTED**.

4. The Clerk is directed to disburse the $192,558.46 deposited in the court's registry in this case as follows:

    Hiram Dodd, Jr.:    $66,033.58

    Norma Ann Dodd:    $65,543.60

    Mary Martin Dodd:    $26,602.32

    Internal Revenue Service:    $34,378.96

5.  The Clerk is directed to pay any accrued interest in this case to Hiram Dodd, Jr., Norma Ann Dodd, and Mary Martin Dodd, to be divided among them equally.

6.  The Clerk is directed to forward the checks to counsel for each party, or in the case of the pro se party, directly to Norma Ann Dodd at her address of record.

7.  The Clerk shall enter judgment in Plaintiff's favor.

8.  The clerk is directed to close the case.

**ORDERED** on March 6, 2014.

      /S/ Richard Smoak
      **RICHARD SMOAK**
      **UNITED STATES DISTRICT JUDGE**